# UNITED STATES DISTRICT COURT
## for the

Western __ District of __ Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR - 2 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

United States of America )
      v. )
Steven Oneal Dickerson )
) Case No: 4:96CR30029-002
) USM No: 06245-084
Date of Previous Judgment: May 11, 2001 )
(Use Date of Last Amended Judgment if Applicable) )
) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

    Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS
Defendant served his 120-month term and began his term of supervised release on January 24, 2005. He subsequently violated the conditions of release and is currently serving a revocation sentence. He is ineligible for a reduction of this sentence, pursuant to USSG Section 1B1.10, comment (n.4).

Except as provided above, all provisions of the judgment dated ___5/11/2001___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 4-1-08

Effective Date: _____
  (if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title